LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC (incorrectly sued herein as "ETS Services, LLC") and GMAC MORTGAGE, LLC (incorrectly sued herein as "GMAC Mortgage")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR L. FIGUEROA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ETS SERVICES, LLC, GMAC MORTGAGE, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 08-07400 GAF (MANx)<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION**<br><br>Honorable Gary A. Feess<br><br>Date:　　February 2, 2009<br>Time:　　9:30 a.m.<br>Place:　　Courtroom 740 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE that on February 2, 2009, at 9:30 a.m., or as soon thereafter as the matter may be heard, Defendants Executive Trustee Services, LLC ("Executive Trustee") (incorrectly sued herein as "ETS Services, LLC") and GMAC Mortgage LLC ("GMACM") (incorrectly sued herein as "GMAC Mortgage") (collectively, the "Defendants") will bring for hearing before the Honorable Gary A.

1

1  Feess, United States District Judge, in Courtroom 740 of the United States Courthouse
2  located at 255 E. Temple St., Los Angeles, California, a Motion to Dismiss the
3  Complaint filed by Plaintiff Edgar L. Figueroa.  Defendants filed their Motion to
4  Dismiss on November 14, 2008.  This case was initially assigned to the Honorable
5  Manuel L. Real, who ordered that the case be reassigned due to self-recusal pursuant
6  to Section 3.2 of General Order 08-05 on November 20, 2008.  This case was
7  subsequently re-assigned to the Honorable Gary A. Feess.  Therefore, Defendants'
8  Amended Notice of Motion corrects only the location and time of the hearing; the date
9  remains the same.

11  Dated:  January 22, 2009                    Respectfully submitted,

12                                              LOCKE LORD BISSELL & LIDDELL LLP

14                                              By:  /s/ John M. Hochhausler_____
                                                     John M. Hochhausler
15                                                   Matthew B. McClendon

16                                              Attorneys for Defendants
                                                EXECUTIVE TRUSTEE SERVICES, LLC
17                                              and GMAC MORTGAGE, LLC

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA  90071**

# CERTIFICATE OF SERVICE

I, John M. Hochhausler, an attorney, do hereby certify that on January 22, 2009, I caused a copy of the foregoing DEFENDANTS' AMENDED NOTICE OF MOTION to be served by the method so indicated below upon the following parties:

*Homan Mobasser*
*Scott M. Gitlen*
*Mitchell W. Roth*
*or Attorney currently responsible for*
*the matter referenced herein*
M.W. Roth, PLC
13245 Riverside Drive, Suite 320
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: January 22, 2009          By:   /s/ John M. Hochhausler
                                        John M. Hochhausler